380 U.S. 252
 85 S.Ct. 936
 13 L.Ed.2d 818
 Giles W. STADLER et al.
v.
STATE BOARD OF EQUALIZATION OF CALIFORNIA.
 No. 797.
 Supreme Court of the United States
 March 8, 1965
 
 Theodore W. Russell and R. Y. Schureman, for appellants.
 Thomas C. Lynch, Atty. Gen. of California, Dan Kaufman, Asst. Atty. Gen., and Neal J. Gobar, Deputy Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.